# EXHIBIT LIST

1:05M75A VSA v. Chvong Nguyen
Prelim Exam

Niro

| Plaintiff | Defense | Date | Exhibit | Objection | Admitted - Full or ID |
|---|---|---|---|---|---|
| 1 | | 6-6-05 | Warrant, Complaint, + Affidavit. | None | Full |
| | A | | Employment agreement + ad | None | Full |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |