AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: Date 6/6/05

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: US District Court (MAG Court) Providence, RI

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 6/6/05
Date

Burton Stallwood
Name of ~~United~~ States Marshal

[signature]
(by) Deputy United States Marshal

Remarks: Note: Atty Served Previously by FAX

FILED
2005 JUN -7 P 4:39
DISTRICT COURT

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.