**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Hon. Lincoln D. Almond** |
| | : | |
| **v.** | : | **CR. 1:05-M-75A** |
| | : | |
| **CHUONG V. NGUYEN** | : | |

**ORDER**

This matter having been opened to the Court by Robert Clark Corrente, United States Attorney for the District of Rhode Island (Dulce Donovan, Assistant United States Attorney, appearing), and CHUONG V. NGUYEN (Edward C. Roy, Assistant Federal Public Defender) for an order granting a second continuance of the proceedings in the above captioned matter for a period of sixty (60) days to permit the parties to continue plea negotiations and to finalize a plea agreement, and the defendant being aware that he has the right to have the matter submitted to a grand jury for indictment within thirty (30) days of his arrest on the complaint, pursuant to Title 18 of the United States Code, Section 3161(b), and it appearing that the defendant has waived that right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for an additional period of sixty (60) days for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the defendant desire additional time to finalize the plea agreement, which would thereby render trial of this matter unnecessary.

2. Defendant consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 22nd day of August, 2005

ORDERED that the proceedings scheduled in the above-captioned matter are continued from August 19, 2005 through October 17, 2005; and

IT IS FURTHER ORDERED that the period from August 19, 2005 through October 17, 2005 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. LINCOLN D. ALMOND
United States Magistrate Judge

Consented to:

Edward C. Roy
Assistant Federal Public Defender

Kenneth P. Madden FAUSA for Dulce Donovan
Assistant United States Attorney