**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CR. No. CR 06 07 ML** |
| **v.** | ) | |
| | ) | **In violation of Title** |
| | ) | **26, United States Code,** |
| **CHUONG V. NGUYEN** | ) | **Section 7202.** |

**INDICTMENT**

The Grand Jury charges that:

**COUNTS 1-14**

On or about the dates indicated below, in the District of Rhode Island, the defendant, CHUONG V. NGUYEN, a resident of the State of Rhode Island, who conducted a business as a sole proprietorship under the name of Temploymen, with its principal place of business in Woonsocket, Rhode Island, was required to collect, truthfully account for, and pay over to the United States federal income taxes and Federal Insurance Contribution Act taxes with respect to wages paid to employees of Temploymen, and who, did willfully fail to collect, truthfully account for and pay over federal income taxes and Federal Insurance Contribution Act taxes in the sums stated in each count below due and owing to the United States of America for the said quarters

indicated below and ending on the dates stated:

| COUNT | DATE | TAX QUARTER | TAX QUARTER ENDING DATE | AMOUNT Due |
|---|---|---|---|---|
| 1 | 7/31/1999 | 1999 2ND | 6/30/1999 | $27,068.54 |
| 2 | 10/31/1999 | 1999 3RD | 9/30/1999 | $35,167.88 |
| 3 | 1/31/2000 | 1999 4TH | 12/31/1999 | $49,315.76 |
| 4 | 4/30/2000 | 2000 1ST | 3/31/2000 | $46,328.46 |
| 5 | 7/31/2000 | 2000 2ND | 6/30/2000 | $38,250.48 |
| 6 | 10/31/2000 | 2000 3RD | 9/30/2000 | $51,864.76 |
| 7 | 1/31/2001 | 2000 4TH | 12/31/2000 | $49,866.24 |
| 8 | 4/30/2001 | 2001 1ST | 3/31/2001 | $49,736.45 |
| 9 | 7/31/2001 | 2001 2ND | 6/30/2001 | $56,730.57 |
| 10 | 10/31/2000 | 2001 3RD | 9/30/2001 | $52,674.97 |
| 11 | 1/31/2002 | 2001 4TH | 12/31/2001 | $41,568.18 |
| 12 | 4/30/2002 | 2002 1ST | 3/31/2002 | $50,251.72 |
| 13 | 7/31/2002 | 2002 2ND | 6/30/2002 | $59,650.14 |
| 14 | 10/31/2002 | 2002 3rd | 9/30/2002 | $28,311.89 |

all in violation of Title 26, United States Code, Section 7202.

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Gerard B. Sullivan

GERARD B. SULLIVAN
Assistant U.S. Attorney
Chief, Criminal Division

Dulce Donovan

DULCE DONOVAN
Assistant U.S. Attorney

Dated: 1/11/06