indicated below and ending on the dates stated:

| COUNT | DATE | TAX QUARTER | TAX QUARTER ENDING DATE | AMOUNT Due |
|---|---|---|---|---|
| 1 | 7/31/1999 | 1999 2ND | 6/30/1999 | $27,068.54 |
| 2 | 10/31/1999 | 1999 3RD | 9/30/1999 | $35,167.88 |
| 3 | 1/31/2000 | 1999 4TH | 12/31/1999 | $49,315.76 |
| 4 | 4/30/2000 | 2000 1ST | 3/31/2000 | $46,328.46 |
| 5 | 7/31/2000 | 2000 2ND | 6/30/2000 | $38,250.48 |
| 6 | 10/31/2000 | 2000 3RD | 9/30/2000 | $51,864.76 |
| 7 | 1/31/2001 | 2000 4TH | 12/31/2000 | $49,866.24 |
| 8 | 4/30/2001 | 2001 1ST | 3/31/2001 | $49,736.45 |
| 9 | 7/31/2001 | 2001 2ND | 6/30/2001 | $56,730.57 |
| 10 | 10/31/2000 | 2001 3RD | 9/30/2001 | $52,674.97 |
| 11 | 1/31/2002 | 2001 4TH | 12/31/2001 | $41,568.18 |
| 12 | 4/30/2002 | 2002 1ST | 3/31/2002 | $50,251.72 |
| 13 | 7/31/2002 | 2002 2ND | 6/30/2002 | ~~$59,650.14~~ $58,270.55 |
| 14 | 10/31/2002 | 2002 3rd | 9/30/2002 | $28,311.89 |

all in violation of Title 26, United States Code, Section 7202.

dd $58,270.55 EW

ew

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Gerard B Sullivan

GERARD B. SULLIVAN
Assistant U.S. Attorney
Chief, Criminal Division

Dulce Donovan

DULCE DONOVAN
Assistant U.S. Attorney

Dated: 1/11/06