**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CR. No. 06-07ML** |
| **v.** | ) | |
| | ) | |
| | ) | |
| **CHUONG V. NGUYEN** | ) | |

RECEIVED
JAN 13 2006
Property of U.S. District Court
District of Rhode Island

**O R D E R**

The Court having received a request from the Government that the arrest warrant in this matter be withdrawn and that the Court issue a summons securing the Defendant at the arraignment in this case, **IT IS HEREBY ORDERED THAT** the warrant in this case is **WITHDRAWN**.

Per Order

Deputy Clerk

ENTER:

LINCOLN D. ALMOND
United States Magistrate Judge
United States District Court

DATE: 1/13/06