AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

U.S.
v.
Chung Nguyen

**APPEARANCE**

Case Number: CR06-07ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Chung Nguyen

I certify that I am admitted to practice in this court.

1-18-06
Date

Signature

Edward C Roy
Print Name

Bar Number

10 Weybossett Street, Suite 300
Address

| City | State | Zip Code |
|---|---|---|
| Providence | RI | 02903 |

| Phone Number | Fax Number |
|---|---|
| (401) 528-4281 | (401) 528-4285 |