AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
JAN 11 2006
US MARSHALS
RHODE ISLAND

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

CHUONG NGUGEN

## WARRANT FOR ARREST

CASE NUMBER: CR 06-07ML

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest CHUONG NGUGEN
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

in violation of Title 26 United States Code, Section(s) 7202

Martha Saucier
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

[signature]
Signature of Issuing Officer

January 11, 2006, Providence, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at Warrant returned unexecuted upon receipt of order of to withdraw signed by USMJ Lincoln D. almond on 01/13/06 | | |
| DATE RECEIVED 01/11/2006 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 01/13/2006 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.