UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | CR. NO. 1:06-cr-07ML |
| CHUONG V. NGUYEN | : | |

MOTION TO CONTINUE

NOW COMES the defendant, Chuong V. Nguyen, and through counsel, moves this Honorable Court to continue this matter for an additional ninety (90) days or to the Court's June 2006 trial calendar. In support of this motion, counsel states that this matter is of great complexity involving several years worth of tax records and the defendant anticipates having to hire an expert to assist in analyzing the tax liability which significantly impacts the guideline calculation should the defendant plead guilty or be found guilty after trial. The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 USC § 3161(h)(8).

The Government, through AUSA Dulce Donovan, has stated it has no objection to this requested continuance.

CHUONG V. NGUYEN
By his Attorney,

EDWARD C. ROY
Assistant Federal Public Defender

## CERTIFICATION

I hereby certify that on this 17th day of February, 2006, I hand-delivered a true copy of the within motion to Dulce Donovan, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.