UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 06-07 ML

CHUONG V. NGUYEN :

MOTION IN LIMINE

NOW comes the defendant, Chuong V. Nguyen, and moves, in limine, to exclude any evidence relating to uncharged years when the government alleges that he willfully failed to account for, collect and pay over FICA, withholding and medicare taxes. Evidence of uncharged conduct is only minimally relevant and highly prejudicial.

CHUONG V. NGUYEN,
By his attorney,

EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
( 401 ) 528 - 4281

FILED

# CERTIFICATION

I hereby certify that I hand-delivered a copy of the within to Dulce Donovan, AUSA on the 1st day of June, 2006.

______________________

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 06-07 ML

CHUONG V. NGUYEN :

MEMORANDUM OF LAW IN SUPPORT OF
MOTION IN LIMINE

The defendant, Chuong V. Nguyen, has moved, in limine, to exclude any evidence relating to uncharged years when the government alleges that he willfully failed to account for, collect and pay over FICA, withholding and medicare taxes. The defendant submits that evidence of uncharged years is highly prejudicial and only minimally probative of the elements of the charge that the government must prove in this case.

Although Rule 404(b) of the Federal Rules of Evidence allows evidence of "other crimes, wrongs or acts" to be admitted for certain, limited purposes, there is inherent in the admission of such evidence the likelihood that the jury will take the evidence of the character of the defendant to show that he acted in conformity with bad character. Rule 403 of the Federal Rules of Evidence, therefore, bars the admission of the evidence of other uncharged years. The evidence of uncharged years is highly prejudicial and only of limited probative value.

CHUONG V. NGUYEN,
By his attorney,

EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
( 401 ) 528 - 4281

CERTIFICATION

I hereby certify that I hand-delivered a copy of the within to Dulce Donovan, AUSA on the 1st day of June, 2006.