UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : CR. No. 06-07ML
:
CHUONG V. NGUYEN :

PLEA AGREEMENT

Pursuant to Rule 11(c)(1)(A) of the Federal Rules of Criminal Procedure, the United States and Defendant, CHUONG V. NGUYEN have reached the following agreement:

1. Defendant's Obligations.

a. Defendant will plead guilty to Count Thirteen of the Indictment, which charges Defendant with failing to collect, truthfully account for, and pay over to the United States federal income taxes and Federal Insurance Contribution Act taxes in the amount of ~~$59,650.14~~ $58,272.55 for the second tax quarter of 2002 ending June 30, 2002, in violation of 26 U.S.C. § 7202.

2. Government's Obligations. In exchange for Defendant's plea of guilty:

a. The government will recommend that the Court impose a term of imprisonment within the range of sentences for the offense level determined by the Court under the United States Sentencing Guidelines (the U.S.S.G. or "guidelines"), but not including probation or a "split-sentence," even if permitted under the guidelines.

38