UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | CR. NO. 1:06-cr-07ML |
| CHUONG V. NGUYEN | : | |

MOTION TO CONTINUE SENTENCING

NOW COMES the defendant, Chuong V. Nguyen, and through counsel, moves this Honorable Court to continue the sentencing in this matter presently scheduled for September 8, 2006 for an additional thirty (30) days. In support of this motion, counsel states that the defendant was recently evaluated by Dr. Marilyn Price and the additional time is needed for Dr. Price to prepare and submit her report.

CHUONG V. NGUYEN
By his Attorney,

/s/ Edward C. Roy #3029
Assistant Federal Public Defender
Federal Public Defender Office
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
edward_roy@fd.org

CERTIFICATION

I hereby certify that on this 1st day of September 2006, I served by electronic notification the within motion to Dulce Donovan, AUSA and by hand-delivery to Dennis Jenkins, United States Probation Officer.

/s/ Edward C. Roy
Assistant Federal Public Defender