/S/DULCE DONOVAN