| | | |
|---|---|---|
| a Control number 2266 | OMB No. 1545-0008 | **Copy B To Be Filed with employee's FEDERAL tax return** |
| b Employer's identification number 04-3181433 | 1 Wages, tips, other compensation 9757.00 | 2 Federal income tax withheld 1087.61 |
| c Employer's name, address, and ZIP code DAVIS COMPANIES 33 Boston Post Road Marlborough Ma 01752 | 3 Social security wages 9757.00 | 4 Social security tax withheld 604.94 |
| | 5 Medicare wages and tips 9757.00 | 6 Medicare tax withheld 141.51 |
| | 7 Social security tips 0.00 | 8 Allocated tips 0.00 |
| d Employee's social security number 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 | 9 Advance EIC payment 0.00 | 10 Dependent care benefits |
| e Employee's name, address, and ZIP code Chuong Nguyen PO BOX 1473 Woonsocket RI 02895 | 11 Nonqualified plans | 12 Benefits included in box 1 |
| | 13 See Instrs. for box 13 | 14 Other |
| | 15 Statutory employee / Deceased / Pension plan / Legal rep. / Hshld. emp. / Subtotal / Deferred compensation | |

| 16 State | Employer's state I.D. No. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |
|---|---|---|---|---|---|---|
| MA | Mass | 9757.00 | 483.35 | | | |
| | | | | | | |

(T)

Department of the Treasury—Internal Revenue Service

Form **W-2 Wage and Tax Statement 1996**

This information is being furnished to the Internal Revenue Service.

| | |
|---|---|
| 1 Wages, tips, other comp. 1830.00 | 2 Federal income tax withheld 236.65 |
| 3 Social security wages 1830.00 | 4 Social security tax withheld 113.46 |
| 5 Medicare wages and tips 1830.00 | 6 Medicare tax withheld 26.54 |
| a Control Number FE WSB / Dept. | Corp. ADIA / Employer use only 22492 |
| c Employer's name, address, and ZIP code 127544 ADIA PERSONNEL SERVICES, INC. 100 REDWOOD SHORES PARKWAY REDWOOD CITY, CA 94065 | |
| b Employer's FED ID number 94-2161806 | d Employee's SSA number 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 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12 Benefits included in box 1 |
| 13 See Instrs. for box 13 | 14 Other |
| 15 Stat emp. / Deceased / Pension plan | Legal rep. / Hshld. emp. / Deferred comp. |
| e/f Employee's name, address and ZIP code CHOUNG V NGUYEN 153 PLEASANT ST WOONSOCKET, RI 02895 | |
| 16 State Employer's state ID MA 942-161-806*10* | 17 State wages, tips, etc. 1830.00 |
| 18 State income tax 100.56 | 19 Locality name |
| 20 Local wages, tips, etc. | 21 Local income tax |

**W-2** Wage and Tax Statement **1996** Federal Filing Copy

Copy B To be filed with employee's Federal Income Tax Return. OMB No. 1545-0008

(EXHIBIT 2)