**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 06-07ML |
| | : | |
| CHUONG NGUYEN | : | |

**UNITED STATES' MOTION PURSUANT TO U.S.S.G. § 3E1.1(b)**

The United States, through undersigned counsel, hereby moves the Court pursuant to U.S.S.G. § 3E1.1(b) to award the Defendant, Chuong Nguyen, an additional one-level decrease in his offense level at the time of sentencing. In support thereof, the United States avers the following:

1. On January 11, 2006, a grand jury returned a fourteen count Indictment against the defendant charging him with failing to truthfully account for and pay over federal income taxes in violation of 26 U.S.C. § 7202.

2. On June 20, 2006, pursuant to a Plea Agreement, the defendant pleaded guilty to count thirteen of the Indictment.

3. Pursuant to U.S.S.G. § 3E1.1(b) and the terms of the Plea Agreement, the United States moves to afford the defendant an additional one-level decrease in his offense level because he timely notified authorities of his intention to plead guilty and accept responsibility for his conduct.

Wherefore, the United States respectfully requests that pursuant to U.S.S.G. § 3E1.1(b), at the time of sentencing, the

Court award Defendant Nguyen an additional one-level decrease in his offense level for acceptance of responsibility.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

Dated: October 12, 2006 /S/DULCE DONOVAN

DULCE DONOVAN
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000 - phone
(401)709-5001 - fax

**CERTIFICATE OF E-FILING**

I hereby certify that on this 12th day of October, 2006, I caused the United States Motion Pursuant to U.S.S.G. § 3E1.1(b) to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Edward C. Roy, Esq.
Federal Public Defender
10 Weybosset Street- Suite 300
Providence, Rhode Island 02903

/S/DULCE DONOVAN